## Steven G. STROWSKI, Plaintiff–Appellant,

v.

## CITY OF DOWNEY; et al., Defendants–Appellees.

### No. 07–55213.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 26, 2008.*

Filed Sept. 9, 2008.

Steven G. Strowski, Norwalk, CA, pro se.

George Roscoe Trindle, III, Esq., Carpenter Rothans & Dumont, Los Angeles, CA, for City of Downey.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

### MEMORANDUM **

Steven G. Strowski appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to state a claim, and order requiring Strowski to obtain approval before filing future actions in the district court. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the dismissal. *Kildare v. Saenz,* 325 F.3d 1078, 1085 (9th Cir.2003). We review for abuse of discretion the imposition of a pre-filing order. *Molski v. Evergreen Dynasty Corp.,* 500 F.3d 1047, 1056–57 (9th Cir.2007) (per curiam). We affirm.

The district court properly dismissed Strowski's action because he failed to show that he was denied a constitutionally protected due process interest. *See Kildare,* 325 F.3d at 1085 ("Procedural due process claims require [ ] a deprivation of a constitutionally protected liberty or property interest[.]").

The district court did not abuse its discretion by imposing a pre-filing review order after giving Strowski notice and an opportunity to be heard, developing a record for review, making findings of harassment, and narrowly tailoring the remedy. *See Molski,* 500 F.3d at 1057 (explaining

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**610**

four factors district courts must examine before entering pre-filing review orders).

Strowski's remaining contentions are unpersuasive.

**AFFIRMED.**

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.